UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | Magistrate Judge Docket |
| PAUL DISANGRO ) | No. 2004 M 0508 RBC |
| a/k/a "Paul Dee" ) | |
| Defendant ) | |

## AFFIDAVIT IN SUPPORT OF RULE 5 PROCEEDING

I, Dale Dutton, Special Agent for the Federal Bureau of Investigation, do hereby make oath before the Honorable Robert B. Collings, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one PAUL DISANGRO on an indictment returned in the Southern District of Florida charging the defendant with knowingly and intentionally conspiring to distribute and possess with intent to distribute Oxycodone, a controlled substance, in violation of 21 U.S.C. § 846 and 841(a)(1) and with knowingly and intentionally possessing with intent to distribute oxycodone, a controlled substance, in violation of 21 U.S.C. § 841(a)(1), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Dale Dutton
Special Agent, Federal Bureau of Investigation

Subscribed and sworn to before me this 15th day of October, 2004.

_____
Robert B. Collings
United States Magistrate Judge

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Florida

UNITED STATES OF AMERICA

vs.

PAUL DISANGRO,
a/k/a "Paul Dee," and
DEAN FRANCIS FANNING,
Defendant(s).

WARRANT FOR ARREST

Case Number: 04-20798 CR - GRAHAM

MAGISTRATE JUDGE GARBER

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Paul Disangro, a/k/a "Paul Dee"
                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation  ☐ Supervised Release Violation  ☐ Violation Notice

charging him or her with (brief description of offense)
conspiracy to possess and possession with intent to distribute Oxycodone,

in violation of _____21_____ United States Code, Section(s) 846 and 841(a)(1)

Clarence Maddox                                    Court Administrator/Clerk of the Court
Name of Issuing Officer                            Title of Issuing Officer

/s/ Maedon Clark                                   10-14-04
Signature of Issuing Officer                       Date and Location

Bail fixed at $ _____                         by _____
                                                   Name of Judicial Officer

COPY
NOT FOR
USM HAS ORIGINAL

Certified to be true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By /s/ Maedon Clark
   Deputy Clerk
Date 10-14-04

RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |