AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS _____

U. S.
v.
Paul Di Sangro

**APPEARANCE**

Case Number: 04 M 0508 RBC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Paul Di Sangro

I certify that I am admitted to practice in this court.

10/19/04
Date

_Anthony M Cardinale_
Signature

Anthony M. Cardinale    073460
Print Name               Bar Number

655 Summer St
Address

Boston        MA        02210
City          State     Zip Code

617 345-5400            617 345 0916
Phone Number            Fax Number

10/19/04
Noreen Russo