# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

   v.                       MAGISTRATE JUDGES' DOCKET
                              NO. 2004M0508RBC
                              (D. Mass.)

                              CASE 04-20798 CR-GRAHAM
                              (S. D. Florida)

PAUL DISANGRO.

## *ORDER OF REMOVAL*

COLLINGS, U.S.M.J.

    After a hearing at which the defendant was represented by counsel, the defendant stipulated to his identity and agreed to removal to the Southern District of Florida at Miami.

    Accordingly, it is ORDERED that the defendant, PAUL DISANGRO, be, and he hereby is, REMOVED to the United States District Court for the Southern District of Florida. PAUL DISANGRO is ORDERED to appear at the

office of the United States Marshal, 301 North Miami Avenue (2nd Floor), Miami, Florida 33128 on ***MONDAY, NOVEMBER 1, 2004 BEFORE 12 NOON.***

Bail is returnable in the United States District Court for the Southern District of Florida.

A copy of the within Order shall be mailed to the defendant by certified mail, return receipt requested and by regular mail.  Copies shall be forwarded to the Assistant U.S. Attorney and Attorney Anthony Cardinale.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

October 22, 2004.