UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
:
:
v.                                       :   Crim. No. 04-M- 0508-RBC
:
:
PAUL DiSANGRO                            :
:
:
:
------------------------------------------------------------X

## DEFENDANT'S PROPOSAL REGARDING CONDITIONAL RELEASE

The defendant has been detained since his arrest on October 15, 2004. The Court is urged to consider the following proposed conditions of release which the defendant submits adequately address the issues before the Court; viz., whether the proposed conditions of bail are sufficient to reasonably assure the defendant's appearance before the Court and the safety of the community. 18 U.S.C. sec. 3141 et seq.

In order to satisfy these issues the defendant proposes the following terms and conditions:

1) That the defendant's family, specifically his brother Daniel J. DiSangro and his sister, Joanne J. DiSangro, each provide surety in the form of executing personal surety bonds making them individually and separately liable in the amount of $250,000.00, and pledging their interest in a parcel of real estate located in the Hyde Park section of Boston, known as 1184-1192 Hyde Park Avenue, Boston, Massachusetts, to secure their bonds.

DATE  10/22/04

Deputy Clerk

2) That the defendant and his family, specifically his brother Daniel J. DiSangro and his sister, Joanne J. DiSangro, execute a personal surety bond in the amount of $250,000.00, to be secured by posting 10 % of that amount, or $25,000.00, in cash or certified check.

3) That with respect to the real estate the Court be provided with the following:

   a) An appraisal demonstrating that the real estate has a value in excess of $500,00.00.

   b) A certification of title to said property.

   c) A mortgage in the amount of the appearance bond naming the Clerk, United States District Court, filed in the appropriate Registry of Deeds.

   d) A quitclaim deed executed by the sureties to the United States of America to be held in escrow.

   e) An escrow agreement in appropriate form executed by the sureties and the United States of America regarding the quitclaim deed.

4) That in addition to the usual conditions of bail provided by statute (including the prohibition against committing a crime during the period of his release, 18 U.S.C. §1341) the defendant agrees to any further conditions which the Court deems reasonable under the circumstances.

Dated: October 22, 2004

Respectfully submitted,
Paul DiSangro
by his attorney,

_____
Anthony M. Cardinale
BBO # 073460
655 Summer St.
Boston, Massachusetts 02110
(617) 345-5400

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 10/22/04