~~~~~~ OF
IGISTRATE JUDGE

OCT 22 2004

NITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

**VALUATION STATEMENT**
**LETTER OF TRANSMITTAL AND EXECUTIVE SUMMARY**


Fee Simple Interest



1182 Hyde Park Avenue
Boston (Hyde Park), Massachusetts 02136

Effective Date: October 19, 2004


*Shepherd Associates*
*Newton, Massachusetts*

# Shepherd Associates
## Real Estate Appraisal & Consulting Services

October 21, 2004

Daniel J. Disangro
46 Neponset Avenue
Roslindale, MA 02131


RE:    Value Transmittal
       Property located at
       1182 Hyde Park Avenue
       Boston (Hyde Park), Massachusetts 02136


Dear Mr. Disangro

In accordance with your request, the appraisal of the referenced property has been completed and the full report will follow. A *complete* appraisal process has been undertaken.

A *summary* appraisal report is being prepared in compliance with the reporting requirements set forth under Standards Rule 2-2-(b) of the Uniform Standards of Professional Appraisal Practice. Accordingly, it will present concise discussions of the data, reasoning, and analyses used in the appraisal process to develop an opinion of value. Supporting documentation concerning the data, reasoning, and analyses is retained in the appraiser's file. The depth of discussion contained in this report is specific to the needs of the client and for the stated intended use.

Unless otherwise stated, the property is appraised as if it meets or exceeds all Massachusetts and federal environmental considerations.

*Page 2*

Client: *Daniel J. Disangro*

Re:     *1182 Hyde Park Avenue*
        *Boston (Hyde Park), Massachusetts*

This appraisal report is written to conform to the Uniform Standards of Professional Appraisal Practice, as promulgated by the Appraisal Foundation, and with the supplemental standards of the Appraisal Institute.

*Final Value Conclusion.* Therefore, the estimated market value of the Fee Simple Interest, as of October 19, 2004, with an exposure period of 4 - 8 months, is:

## FIVE HUNDRED TEN TO FIVE HUNDRED SIXTY THOUSAND DOLLARS
### ($510,000 - $560,000)

*Extraordinary Assumptions and Hypothetical Conditions*: This letter of transmittal and accompanying enclosures does not constitute a final appraisal report. Due to the clients' time constraints and legal needs, this transmittal letter and summary of findings are submitted at this time with the stated estimate of market value. The appraisers have been advised that the appraisal is required for bail bond purposes, and that *time is of the essence*. A complete summary report with the appraisers' analysis and conclusions follows.

The value is subject to the market value definition, certification of value, and assumptions and limiting conditions contained in the following report.

Please contact me if I can be of further assistance. Thank you for your consideration.

Respectfully submitted,

William J. Pastuszek, Jr., MAI, SRA, MRA
Massachusetts General Certified Real Estate Appraiser
License #10

Leonard A. Bacevicius
Massachusetts Certified Residential
Real Estate Appraiser License #1938

WJP/bp
encls.

CERTIFICATION

The appraiser certifies and agrees that:

1.     the statements of fact contained in this report are true and correct.

2.     the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3.     The appraiser has no present or prospective interest in the property that is the subject of this report, and no personal interest or bias with respect to the parties involved.

4.     The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5.     The appraiser's engagement in this assignment was not contingent upon developing or reporting pre-determined results.

6.     The appraiser's compensation for completing this assignment is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7.     This appraisal assignment is not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

8.     The appraiser has made a personal inspection of the property that is the subject of this report.

9.     The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

10.     No one provided significant professional assistance to the person(s) signing this report.

11.     The use of this report is subject to the requirements of the Appraisal Institute and other appraisal organizations with which the appraiser is affiliated relating to review by its duly authorized representatives.

William J. Pastuszek, Jr.
Massachusetts General Certified Real Estate Appraiser License #10

Leonard A. Bacevicius
Massachusetts Certified Residential Real Estate Appraiser License #1938

As of the date of this report, William J. Pastuszek, Jr. has completed the requirements of the continuing education program of the Appraisal Institute and the requirements of the voluntary recertification program of the Massachusetts Board of Real Estate Appraisers.

TABLE OF CONTENTS

Certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Executive Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Objective, Intended Use, Effective Date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Methodology and Extent of Development Process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Limiting Conditions and Assumptions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Market Value Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Property Rights Appraised . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Supplementary Data Section . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Qualifications of the Appraiser . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Supplementary Data Section (end)

*3*

## EXECUTIVE SUMMARY

| | |
|---|---|
| **Address:** | *1182 Hyde Park Avenue, Boston (Hyde Park), MA* |
| **Property Rights Appraised:** | Fee Simple Interest |
| **Title Reference:** | Suffolk Registry of Deeds Book 18158 Page 318 |
| | The last property transfer occurred in April 1993 for $100.00 from P & L Disangro to D & J Disangro. |
| **Property Owner:** | Daniel J. Disangro |
| **Date of Inspection:** | October 19, 2004 |
| **Effective Date:** | October 19, 2004 |
| **Report Date:** | October 21, 2004 |
| **Purpose/Objective:** | To estimate market value as defined of the stated interest. |
| **Function/Intended Use:** | Decision making relating to establishing the value of the collateral for bail bonding reasons, related to legal matters. |
| **Client/Intended User:** | Daniel J. Disangro. |
| **Zoning:** | L-5 Local retail and service. |
| **Real Estate Tax Assessment:** | Assessors Parcel: 1808949000<br>Assessment: $367,000<br>RE Taxes: $12,140.36<br>Tax Rate: $33.08 /$1,000<br>State Use Code: 325- Retail |
| **Subject Locus & Neighborhood Influences:** | Urban location. Primarily commercial development. Properties are a heterogeneous mixture of sizes, ages, condition and quality. |
| | Subject is located in the Hyde Park Section of Boston at the intersection of Hyde Park Avenue and Clay Street. |
| | No adverse influences. Stable market conditions. No excessive vacancy noted. |

*Shepherd Associates*_____

4

| | |
|---|---|
| *Address:* | *1182 Hyde Park Avenue, Boston (Hyde Park), MA* |
| *Site:* | 8,133 square feet. |
| *Shape/Topography:* | Rectangular. Slopes up to the rear of the site. |
| *Parking:* | Open parking for 8+ cars. |
| *Services/Utilities:* | All typical services are available. |
| *Site Improvements:* | Typical improvements including partially paved areas and a chain link fence. |
| *Improvements - General:* | Brick structure with two units, one a bar/lounge the other an auto body garage. There is also a free standing outdoor steel billboard. |
| *Occupancy/Vacancy:* | Commercial/ Fully leased |
| *Basic Construction Type:* | Wood frame with brick and block. |
| *Approximate Year Built:* | 1940, per assessing records |
| *# Stories:* | 1 |
| *Gross Building Area:* | 4,480 square feet |
| *Exterior:* | Brick exterior with a rubber membrane roof. |
| *Interior:* | The bar/lounge area has typical finishes with a 2' x 4' suspended ceilings, quarry tile floors and treated brick walls. |
| | The garage area has painted brick, concrete and block in the work sections. The office area has wallboard walls, and 2' x 4' suspended ceilings and linoleum tile floors. |

*Shepherd Associates*

5

| | |
|---|---|
| **Address:** | *1182 Hyde Park Avenue, Boston (Hyde Park), MA* |
| **Systems:** | The bar/lounge area is heated by a gas fired hot air system: the HVAC unit is roof mounted but is of unknown size. Hot water is by a gas fired 30 gallon boiler. The electrical system has one 200-amp circuit and one three-phase panel. |
| | The garage is heated by two gas fired wall mounted blowers. There is no hot water boiler. The electrical system has one 200-amp circuit, one 100-ampere single breaker circuit and one three-phase panel. |
| **Quality/Condition:** | Overall condition: Average.<br>Overall quality: Average |
| **Deferred Maintenance:** | None significant. |
| **FEMA Community Panel/Flood Hazard:** | None significant. See FEMA map, enclosed. |
| **Hazardous Waste:** | None apparent or disclosed. Unless otherwise stated, the property is appraised as if it meets or exceeds all Massachusetts and federal environmental considerations. An environmental inspection is recommended: the appraiser has not conducted such an inspection and has no expertise in these matters. See report and limiting conditions. |
| **Highest and Best Use:** | *As if vacant.* Development consistent with area trends. |
| | *As improved.* Continuation of current use. |
| **Appraisal Methodology:** | Applicable approaches: sales comparison and income capitalization approaches. Cost approach is not applicable. |
| **Reconciliation:** | Weight given to both the sales comparison and the income capitalization approaches. |

*Shepherd Associates*_____

6

*Address:*                              *1182 Hyde Park Avenue, Boston (Hyde Park), MA*

### *Valuation Conclusions*

*Final Value Estimate:*          $510,000 - $560,000

*Type of Report:*                 Summary

*Appraisal Process:*             Complete

*Marketing Period:*              4 - 8 months

*Extraordinary Assumptions and Hypothetical Conditions:*

This letter of transmittal and accompanying enclosures does not constitute a final appraisal report. Due to the clients' time constraints and legal needs, this transmittal letter and summary of findings are submitted at this time with the stated estimate of market value. The appraisers have been advised that the appraisal is required for bail bond purposes, and that *time is of the essence.* A complete summary report with the appraisers' analysis and conclusions follows.

Copies of leases were requested.

Note. No leases were provided. The tenants disclosed rents being paid. The appraised value assumes there are no leases which if disclosed would affect the value conclusions.

*Shepherd Associates*

*OBJECTIVE, INTENDED USE, EFFECTIVE DATE*:  The objective of the appraisal is to estimate the market value of the property as of October 19, 2004.  The intended use/function of this appraisal is to assist the intended user/client in decision making for property collateral.  This report is not intended for, and may not be appropriate for, other purposes.

*APPRAISAL METHODOLOGY AND EXTENT OF DEVELOPMENT PROCESS:*  In preparing the appraisal, the appraiser:
- inspected the subject property.
- reviewed provided information.
- researched competitive locations proximate to the subject locus.
- reviewed market conditions in this subject's region, area and neighborhood.
- examined zoning and real estate tax data.
- developed an opinion of the highest and best use.
- considered all applicable valuation techniques, including the sales comparison, cost, and income capitalization approaches.
- consulted knowledgeable persons in this market with respect to market conditions.
- researched applicable comparable data within the competitive market area.
- researched and confirmed comparable market data.
- consulted applicable information sources. These include pertinent municipal departments, the Registry of Deeds, and other appropriate sources of information.
- based upon the research and analyses conducted, arrived at a supportable value conclusion.

*Note:* The terminology and analyses used in this report are intended for interpretation by knowledgeable reviewers and other individuals.

*References.*  The following sources are referenced as general information sources.  Any specific citations appear in the text of the report. This list does not include all possible sources consulted in the course of the assignment.

American Institute of Real Estate Appraisers.  The Dictionary of Real Estate Appraisal.  Chicago: AIREA, 1987 and 1993.

___.  The Appraisal of Real Estate.  11th & 12th ed.  Chicago, AIREA, 1996 & 2001.

Boyce, Byrl.  Real Estate Appraisal Terminology.  Rev. ed.  Cambridge:  Ballinger
 Publishing Company, 1984.

The Appraisal Foundation.  Uniform Standards of Professional Appraisal Practice.  Washington, D.C.:
The Appraisal Foundation.  Current.

*Shepherd Associates*_____

*8*

*LIMITING CONDITIONS AND ASSUMPTIONS*: The report's certification is subject to the following conditions and to such other specific and limiting conditions as may be set forth in the report.

1. This is a **summary** appraisal report intended to comply with the reporting requirements set forth under Standards Rule 2-2-(b) of the Uniform Standards of Professional Appraisal Practice. As such, it presents concise discussions of the data, reasoning, and analyses used in the appraisal process to develop an opinion of value. Supporting documentation concerning the data, reasoning, and analyses is retained in the appraiser's file. The depth of discussion contained in this report is specific to the needs of the client and for the stated intended use.

2. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or the title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

3. Any sketch in the report may show approximate dimensions and is included to assist the reader in visualizing the property. The appraiser has made no survey of the property.

4. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made therefore.

5. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering which might be required to discover such factors.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for the accuracy of such items furnished to the appraiser can be assumed by the appraiser.

7. Disclosure of the contents of the appraisal report is governed by the Bylaws and Regulations of the professional appraisal organizations with which the appraiser is affiliated.

8. This appraisal report has been prepared for the exclusive benefit of the client specified or other intended users. It may not be used or relied upon by any other party. Any parties using or relying upon any information in this report do so at their own risk.

Possession of this report, or a copy thereof, does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed without the written consent of the appraiser, and in any event only with the properly written qualification and only in its entirety.

Neither all, nor any part of the content of the report, or copy thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, reference to any professional appraisal organizations, or the firm with which the Appraiser is connected), shall be used for any purposes by anyone but the client specified in the report, the mortgagee or its successors and assigns,

*Shepherd Associates*_____

mortgage insurers, consultants, professional appraisal organizations, any state or federally approved financial institution, any department, agency, or instrumentality of the United States or any state or the District of Columbia, without the previous written consent of the Appraiser, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without consent and approval of the appraiser.

9. In this appraisal assignment, potentially hazardous materials used in the construction or maintenance of the building, and/or the existence of toxic waste, which may or may not be present on the property, were not observed by the appraiser; nor does the appraiser have any knowledge of the existence of such materials on or in the property. The appraiser, moreover, is not qualified to detect such substances. The existence of potentially hazardous materials may have an effect on the value of the property. The client is urged to retain an expert in this field if desired. The appraiser reserves the right to alter, amend, revise, or rescind any value opinions based upon subsequent environmental studies, investigation, or research. Compliance with the provisions of MGL Chapter 21E has not been determined.

10. Unless otherwise stated in the body of the report, a separate value has not been made for personal property, fixtures, or intangibles.

11. Unless noted, no warranties or representations are given or implied for structural or mechanical components. No tests were performed or the results of such tests provided to the appraiser.

12. Any income and expense estimates developed in the appraisal are forecasts and not predictions. No guarantees of financial performance are implied or indicated.

13. This appraisal is based upon the condition of the regional and national economies, on the purchasing power of the U.S. dollar, and on prevailing financing rates as of the effective date of the appraisal.

14. The Americans with Disabilities Act (ADA) became effective January 26, 1992. The appraiser has not made a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property together with a detailed analysis of the requirements of the ADA could reveal that the property is not in compliance with one of more of the requirements of this act. If so, this fact could have a negative effect on the value of the property. Since the appraiser has no direct evidence relating to this issue, the appraiser did not consider possible noncompliance with the requirements of ADA in estimating the value of the subject property.

*Shepherd Associates*

*MARKET VALUE DEFINITION:* Market value is defined by the Office of the Comptroller of Currency, Rule 12, CFR 34.42 (f) as follows:

> The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
>
> (I) buyer and seller are typically motivated;
>
> (ii) both parties are well informed or well advised, and acting in what they consider their own best interests;
>
> (iii) a reasonable time is allowed for exposure in the open market;
>
> (iv) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
>
> (v) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

*PROPERTY RIGHTS APPRAISED*: The Fee Simple interest is appraised. The various interests are summarized as follows.

*Fee Simple Estate.* Fee simple implies absolute ownership unencumbered by any other interest or estate, including financing, and is subject only to the four powers of government.

*Leased Fee Estate.* The leased fee interest implies a property interest held in fee with the right of use and occupancy conveyed by lease to others. The interest includes the right to receive rent over a period of time plus the right of repossession at the termination of the lease. This is typically the landlord's interest subject to lease agreements.

*Leasehold Estate.* The right to use and occupy real estate for a stated term and under certain conditions conveyed by a lease. Typically the lessee's interest.