## SUPPLEMENTARY DATA SECTION

I.      Photographs

II.     Subject Deed

III.    Additional Data

IV.     Other exhibits

V.      Qualifications

*Subject Photographs*



*FRONT VIEW OF SUBJECT*

*Subject Photographs*



*REAR VIEW*



*STREET VIEW*



Neighborhood Map

1182 Hyde Park Ave
Hyde Park, MA 02136

Copyright © 1988-2001 Microsoft Corp. and/or its suppliers. All rights reserved.  http://www.microsoft.com/streets
© Copyright 2000 by Geographic Data Technology, Inc. All rights reserved. © 2000 Navigation Technologies. All rights reserved. This data includes information taken with permission from Canadian authorities © Her Majesty the Queen in Right of Canada. ©
Copyright 2000 by Compusearch Micromarketing Data and Systems Ltd.

*Assessors Map*



1 8 1 5 8 3 1 6

MASSACHUSETTS QUITCLAIM DEED SHORT FORM (INDIVIDUAL) 001

**225**

We, PAUL DISANGRO and LORETTA T. DISANGRO, as tenants by the entirety,

of    Boston (Roslindale)              Suffolk     County, Massachusetts,

~~being unmarried,~~ for consideration paid, and in full consideration of less than One Hundred ($100.00) Dollars

grant to    DANIEL J. DISANGRO and JOANNE J. DISANGRO, as joint tenants and not tenants in common,
of    Boston (Roslindale), Suffolk County,           with ~~quitclaim covenants~~

~~the land in~~    A certain parcel of land with the buildings thereon, situated in that part of Boston called Hyde Park, Suffolk County, Commonwealth of Massachusetts ,        [Description and encumbrances, if any] comprising the whole or greater part of Lot 126, shown on plan entitled "Section 1 of the Real Estate and Building Companies land in Dorchester" recorded as Plan No. 87 on the files of Norfolk Registry of Deeds, said parcel being bounded according to said plan as follows:

SOUTHERLY:      On Clay Street, Ninety (90) feet;

WESTERLY:       On Hyde Park Avenue, formerly known as Lawrence Street, One Hundred (100) feet;

NORTHERLY:      On Lot 125 on said plan, Ninety (90) feet, and

EASTERLY:       On lot 124 on said plan, One Hundred (100) feet.

Containing Nine Thousand (9,000.00) square feet of land by any or all of said measurements on contents more or less or however otherwise said premises may be bounded, measured or described.

Being the same premises conveyed to us by deed of Edward H. Goss and Paul DiSangro, dated September 26, 1969, recorded with Suffolk Deeds, Book 8314, Page 393.

*Witness* ...our.....hand s and seal s this.......14th....... day of....*April*..............1993.

.....................................    *Paul S. Sangro*
.....................................    Paul DiSangro
.....................................    *Loretta T. DiSangro*
.....................................    Loretta T. DiSangro

### The Commonwealth of Massachusetts

*Suffolk*                ss.        *April    14*            19 93

Then personally appeared the above named        *LORETTA T. DISANGRO*

and acknowledged the foregoing instrument to be

*Return To:*            free act and deed before me

*46 Neponset Ave*        *Richard C. Camillo.*
*Hyde Park, MA 02131*        Notary Public — Justice of the Peace

My commission expires N 12-4        19 98

(*Individual -- Joint Tenants -- Tenants in Common.)

CHAPTER 183 SEC. 6 AS AMENDED BY CHAPTER 497 OF 1969

Every deed presented for record shall contain or have endorsed upon it the full name, residence and post office address of the grantee and a recital of the amount of the full consideration thereof in dollars or the nature of the other consideration therefor, if not delivered for a specific monetary sum. The full consideration shall mean the total price for the conveyance without deduction for any liens or encumbrances assumed by the grantee or remaining thereon. All such endorsements and recitals shall be recorded as part of the deed. Failure to comply with this section shall not affect the validity of any deed. No register of deeds shall accept a deed for recording unless it is in compliance with the requirements of this section.

Flood Insights test results for :

## 1182 HYDE PARK AVE, HYDE PARK, MA 02136
*Geocoding Accuracy: S5 - Exact Point Match*

# Flood Zone Determinations

*Test Description*

| SFHA (Flood Zone) | Within 250 feet of multiple flood zones? | | | |
|---|---|---|---|---|
| Out | No | | | |

| Community | Community Name | Zone | Panel | Panel Date |
|---|---|---|---|---|
| 250286 | BOSTON, CITY OF | C | 0021C | April 01, 1982 |

| FIPS Code | Census Tract |
|---|---|
| 25025 | 1403.00 |

*Copyright 2000, First American Flood Data Services. All rights reserved.*



**FloodMap Legend**

**Flood Zones**

Areas inundated by 500-year flooding

Areas outside of the 100- and 500-year floodplains

Areas inundated by 100-year flooding

Areas inundated by 100-year flooding with velocity hazard

Floodway areas

Floodway areas with velocity hazard

Areas of undetermined but possible flood hazards

Areas not mapped on any published FIRM

**RiskMeter.com**

**617 737 4444**

**www.cdys.com**

This report was generated by: shepherdnet on 10-21-2004
This Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by that Customer. That Customer's use of this Report is subject to the terms agreed to by that Customer when accessing this product. No third party is authorized to use or rely on this Report for any purpose. NEITHER FIRST AMERICAN FLOOD DATA SERVICES NOR THE SELLER OF THIS REPORT MAKES ANY REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT, ACCURACY OR COMPLETENESS OF THIS REPORT, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. Neither TFHC nor the seller of this Report shall have any liability to any third party for any use or misuse of this Report.

# APPRAISER QUALIFICATIONS
## *OF*
# LEONARD A. BACEVICIUS
**1408 CENTRE ST.**
**BOSTON, MA 02131**
**617-325-3535  FAX 617-325-2343  E mail- labservices @empire.net**

**Real Estate Appraiser and Consultant**

## *APPRAISER CERTIFICATION*

Massachusetts Certified Residential Real Estate Appraiser License Number #1938

## *PROFESSIONAL ASSOCIATION*

Massachusetts Board of Real Estate Appraisers Certified Member

## *PROFESSIONAL EXPERIENCE*

Leonard Bacevicius has been involved in the Real Estate industry since 1975 and has been actively appraising Real Property since 1981. Valuations have included various residential and commercial properties throughout the New England area.

President- L.A.B. Realty Services Inc. 1991- Present :   Appraisal of residential and commercial real estate of various types. Assignments have included FNMA, FHLMC and HUD reports.  Preparation of commercial narrative, summary and limited scope reports.  Appraisal reviews of pre-fund, post and portfolio assets.  Provided expert and technical services for damage and divorce litigation. Consultant for acquisition, development and disposal of real property.

Senior Appraiser- First Mutual Bank 1983-1991  Senior appraiser responsible for the production of residential and commercial valuations. Including appraiser selection, supervision, review and management.  Appraisal of construction and special projects.

Review Appraiser and  Consultant City of Newton  Assessors Office 1981-1983
Consultant and field appraiser for revaluation of the cities taxable real property.

Marketing Analyst and Project Supervisor, Northeast Development 1980-1981  Involved in the acquisition, development and marketing of residential housing in the metro Boston area.

Principal - Castle Realty 1978-1980  Owned and managed a full service real estate brokerage and property management firm.

Broker and Manager Allbright Realty 1975-1978  Broker and then manager for a leading Boston rental and sales agency.

QUALIFICATIONS CONTINUED- LEONARD A. BACEVICIUS - Pg. 2

### *EDUCATION-GENERAL*

Suffolk University, Business Management
Boston, Massachusetts

### *PROFESSIONAL AND BUSINESS DIRECTORSHIPS*

Massachusetts Board of Real Estate Appraisers 1999- current  Member Board of
Trustees

Taupa Federal Credit Union 1985-present  Chairman Credit Committee

### *ADDITIONAL QUALIFICATIONS*

Recognized as an expert witness for real estate valuation in various courts and
jurisdictions of civil cases in Suffolk, Middlesex, Plymouth and Norfolk County.

Recognized as an expert witness, real estate valuation for Federal Bankruptcy Court in
Boston, Worcester and Springfield.

HUD-FHA  approved appraiser # MA-1938

### *PROFESSIONAL EDUCATION*

2001-  Advanced Capitalization Course , JMB Real Estate Academy
1992 – RP202  Real Property Valuation Income  Property, American Society Appraisers
1988 – Course I Capitalization Theory & Techniques, Mass Board of RE Appraisers
1986 -Narrative Report Writing Course I, Mass Board of RE Appraisers
1983 – Course I Introduction to Appraisal, Mass Board of RE Appraisers
1982- Residential Building Principals- Builders Association of Boston
1980- Introduction to Property Valuation, MA Association of Assessing Officers

### *PROFESSIONAL EDUCATION- SEMINARS*

2002 Standards and Professional Practice
2002 Sales Comparison
1999- Standards and Professional Practice
1999- HUD New appraisal requirements
1999-New Uniform Standards of Professional Practice
1999- Attacking and Defending Appraisal Litigation
1980-1998  28 various seminars of appraisal, real estate and economic topics

# QUALIFICATIONS OF THE APPRAISER
## William J. Pastuszek, Jr., MAI, SRA, MRA
### 199 Wells Avenue, Newton, Massachusetts 02459
### (617) 928-1778 (ph) (617) 558-0057 (f) shepherdco@yahoo.com

**Professional Associations**
* **MAI**     Member Appraisal Institute
* **SRA**     Senior Residential Appraiser, Appraisal Institute
* **MRA**     Designated Member, Massachusetts Board of Real Estate Appraisers
* **ASA**     Senior Member, Urban Property, American Society of Appraisers

**Appraisal Certification**
* State Certified General Real Estate Appraiser, Commonwealth of Massachusetts, License Number 10, expires May 10, 2005.

* Appraiser Qualifications Board. AQB Approved Uniform Standards of Professional Appraisal Practice (USPAP) Instructor #10489.

**Appointments**
* Chairman, 1998- , Commonwealth of Massachusetts, Board of Registration, Real Estate Appraisers Board Member, Commonwealth of Massachusetts, Board of Registration, Real Estate Appraisers, 1996 - .

* Vice Chairman, Commonwealth of Massachusetts, Board of Registration, Real Estate Appraisers, 1997 - .

* Member, Educational Council of the Appraisal Foundation Sponsors (ECAFS), 2003 - .

**PROFESSIONAL EXPERIENCE**

**Real Estate Valuation Consultant: Shepherd Associates and Shepherd Valuation Services:** Specializing in complex and unique valuation assignments with emphasis in current and retrospective market values, litigation support, and appraisal review for a wide variety of private, corporate, institutional and government clients.

**Senior Staff Appraiser, Steven C. Byrnes Associates, Inc.,** 1991 - 1994: Specializing in the appraisal and evaluation of all types of income-producing and special purpose properties

**Vice President and Senior Appraiser,** Boston Federal Savings Bank, 1980 - 1990: Residential and income property appraisal and review; appraisal administration and management, including supervision of regulatory compliance and development of bank appraisal policies.

**Real Estate Experience,** 1975 - present: Appraising, consulting, and market research for institutional and private clients, including lenders, attorneys, and investors. Experience includes consulting, brokerage, management, development, and construction services in varied settings.

**Education - B.A., Oberlin College,** Oberlin, Ohio.

*PASTUSZEK, P.2*

**Appraisal Courses Taken and Examinations Passed**
- *Society of Real Estate Appraisers:* Courses 101, 102, 201, 202 & Standards of Professional Practice.
- *Appraisal Institute:* Courses 1A-1, 1A-2; Standards of Professional Practice.
- *Massachusetts Board of Real Estate Appraisers:* Courses I, II, III: 1980.

**PROFESSIONAL AFFILIATIONS**

**Appraisal Institute, Greater Boston Chapter**
- Co-Chair, Legislative Affairs Committee, 1993; Seminars Chairperson, 1994
- Board of Directors, 1993-1995.
- Young Advisory Council, 1992-93.

**Appraisal Institute, Eastern Massachusetts Chapter**
-Board of Directors, Education Committee Chair, 1991; Chairperson, Research Committee, 1989

**Massachusetts Board of Real Estate Appraisers**
-President, 1990
-Chairperson, Education Committee, 1991-1993, 1996.
-Chairperson, Board of Examiners, 1989; Chairperson, Seminars Committee, 1987-88; Public Relations, 1995.
-Member, Long Range Strategic Planning, Audit and Budget, Management, Professional Practice Committees.
Alternate Representative to Advisory Council, The Appraisal Foundation, 1993-1996.

**Massachusetts Board of Registration of Real Estate Appraisers**
-Member, Education Review and Compliance Sub-Committees

**EDUCATIONAL AFFILIATIONS**

-*Bentley College, Waltham, Massachusetts* - School of Continuing and Professional Studies, Senior Instructor: residential and income property appraisal courses, 1986- present.
-*Stonehill College, Easton, Massachusetts* - Instructor, Continuing Education, Residential & Income Property Appraisal, Massachusetts Board of Real Estate Appraisers, 1984-85 & 1998-99.
-*Realtors Institute, Massachusetts Association of Realtors* - Instructor, GRI III, 1989-1991.
-*Appraisal Institute* - Instructor: Course 101, Basic Valuation Procedures (120), Basic Income Capitalization Techniques (310).
-*Massachusetts Board of Real Estate Appraisers* - Standards of Professional Practice, Residential and income courses (1, 1A, 2, 2A), commercial review course, and numerous seminars.
-*Instructor, Panelist, Seminar Leader:* Organizations include assessors' organizations, New England League of Savings Institutions, Massachusetts Mortgage Bankers, Massachusetts Board of R.E. Appraisers, Financial Managers Society, Massachusetts Association of Assessors, IAAO, various Realtors organizations.
-*Course/Curriculum Development:* MBREA Uniform Standards of Professional Appraisal Practice (USPAP) Manual, MBREA Courses 2 & 2A, MBREA Residential Trends and Limited Appraisals Seminar, Update Seminar, Residential and Commercial Review seminars, Unique and Unusual Properties Seminar, Effective Communication Seminar, Limited Appraisals and Evaluations Seminar.

**Types of Properties Appraised**

- Commercial, industrial, retail, non-profit, institutional and special purpose properties, motels & hotels, automobile-related properties, medical properties, multi-family, residential properties, development properties and all types of land.

**Types of Assignments Performed**
- Market value opinions of fee simple, leased fee, and leasehold interests for residential and commercial properties of all types, including investment and owner-occupied properties, special purpose properties, and land of all types.

- Specialized problem solving include highest and best use and feasibility analysis, rental values, contamination issues, marketability problems, corporate property disposition and site decisionmaking, real estate tax issues, estates and other legal work, court testimony and litigation support, buy-sell decisions, limited scope appraisals, appraisal review, zoning analyses and telecommunications tower impact studies.

**Clients Served**
- Financial institutions, banks, attorneys, corporations, insurance companies, accountants, financial planners, individuals, trust departments, municipalities, state and federal agencies, and companies.

**Expert Witness Testimony:** Qualified in Middlesex Superior Court, Norfolk Probate Court, Suffolk Probate Court, Bristol District Court, Barnstable District Court, Worcester District Court, and Federal Bankruptcy Court. Qualified at the Appellate Tax Board. Numerous ZBA hearings as a real estate expert.

**Articles and Publications:**
- Banker and Tradesman: articles
- New England Real Estate Journal: appraisal column
- Development Reviewer: Fisher and Martin, Income Property Valuation (Dearborn Financial Publishing, Chicago)
- Development Reviewer, Fisher and Tosh, Questions and Answers to Help You Pass the Real Estate Appraisal Examinations (Dearborn Financial Publishing, Chicago).
- Newsletter, Massachusetts Board of Real Estate Appraisers, articles.
- Newsletter, Greater Boston Chapter of the Appraisal Institute Newsletter: articles.

**Education Offerings Written/Developed**
- Review Appraising
- Fair Lending
- HUD Appraisals
- USPAP Manual (for the Massachusetts Board of Real Estate Appraisers)
- Income Property Appraising
- Effectively Using the HP 12-C Calculator
- Technology and the Appraiser, Residential Appraisal Trends
- Title 5 Seminar

**Other**
- Massachusetts Continuing Legal Education, Family Law Trial Advocacy Program: Mock Trial, Expert Witness, June 1995.
- Appraisal Institute, Greater Boston Chapter: Eminent Domain Mock Trial Program, Expert Witness, September 1996. Presenter: Life Estates, May 1997.
- Massachusetts Board of Real Estate Appraisers, Seminar: "Teamwork in Eminent Domain: Synergy or Circus?" Moderator, September 1997.
- Moderator: EXPO 2002, Massachusetts Board of Real Estate Appraisers/Appraisal Institute Presentation, Westin Hotel, Waltham, Massachusetts, May 2002.

**Continuing Education**: Mr. Pastuszek is in compliance with the continuing education or recertification programs of the Appraisal Institute, American Society of Appraisers, and the Massachusetts Board of Real Estate Appraisers.