## ESCROW AGREEMENT

ESCROW AGREEMENT entered into this __22d__ day of __OCTOBER__, ~~19~~2004, among __Daniel J. DiSangro & Joanne J. DiSangro__ (herein "Surety"), ~~MICHAEL SULLIVAN~~, in his official capacity as United States Attorney for the District of Massachusetts (herein "United States Attorney"), and Tony Anastas, in his official capacity as Clerk of the United States District Court for the District of Massachusetts (herein "Escrow Agent").

WHEREAS the Surety is desirous of effecting the release of __Paul DiSangro__ (herein "Defendant") in Criminal No. __04 M 0508 RBC__, on the terms and conditions of bail set forth in an Order Setting Conditions of Release (herein "Bail Order") dated __October 22, 2004__, ~~XXXX~~, and entered by the Honorable __Robert B. Collings__, United States District Judge/Magistrate Judge, and has agreed to execute a personal bond in the amount of __five hundred thousand Dollars__ ($__500__,000.00) Dollars (herein "Personal Bond") to secure the Defendant's compliance with the terms and conditions of the Bail Order.

NOW THEREFORE, in consideration of the mutual covenants and agreements contained herein, the parties hereto agree as follows:

1. The Surety shall execute a quitclaim deed to the parcel of real property located at __Hyde Park Ave., Boston, MA__ in favor of the United States of America, and deliver said deed to the Escrow Agent to be held in escrow pursuant to the terms of this Agreement.

2. The Surety further agrees to execute any additional documents and take any action necessary to effectuate the transfer of said parcel of real property and facilitate the sale of such property in the event that the Defendant is in default of the terms and conditions of the Bail Order or Personal Bond.

3. The Escrow Agent shall hold the quitclaim deed in escrow under the following terms and conditions:

   A. In the event that the Defendant fails to appear as required at all proceedings in Criminal No. __04 M 0508 RBC__ or otherwise violates any condition of bail, and Defendant is declared to be in default by a judicial officer of the United States District Court for the District of Massachusetts, then, upon order of the Court, and in lieu of or in addition to foreclosure proceedings on any mortgage granted by the Surety, the Escrow Agent shall tender the quitclaim deed to the United States Attorney, and he shall cause the same to be immediately recorded without notice to the Surety. Any requirement that foreclosure proceedings be commenced upon any mortgage granted by the Surety in connection with Criminal No. __04 M 0508 RBC__ is expressly waived by the Surety.

(escrow.frm - 10/96)

B.  This Agreement shall terminate upon the final disposition of Criminal No. ___04 M 0508 RBC___ and written discharge of the bond provided to the Surety by the United States of America. Upon such termination, and upon order of the Court, the Escrow Agent shall deliver the quitclaim deed to the Surety.

5. The validity and construction of this Agreement shall be governed by the law of the Commonwealth of Massachusetts.

6. This Escrow Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors, assigns and personal representatives.

IN WITNESS WHEREOF, the parties here have caused this Agreement to be executed as of the date first written above.

ESCROW AGENT:                                  SURETY:

TONY ANASTAS, CLERK OF COURT

By: _____                    _____
    Deputy Clerk                               DANIEL J. DISANGRO

                                               _____
MICHAEL J. SULLIVAN                            JOANNE J. DISANGRO
UNITED STATES ATTORNEY

By: _____
    Asst. U.S. Attorney


COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS                                    ___October 22, 2004___, 19XX

Then personally appeared ___Daniel J. DiSangro & Joanne J. DiSangro___
_____ and acknowledged the foregoing to
be ___their___ free act and deed before me.

                                               _____
                                               NOTARY PUBLIC

            My Commission Expires: _7/7/2010_

(escrow.frm - 10/96)