## DEED

We, Daniel J. DiSangro, of Roslindale, Massachsetts, and Joanne J. DiSangro, of Needham, Massachusetts, joint tenants, and not tenants in common, for consideration paid in full of $500,000.00, GRANTS to the United States of America, with Quitclaim Covenants, that certain parcel of land with the buildings thereon, situated in that part of Boston called Hyde Park, Suffolk County, Commonwealth of Massachusetts, comprising the whole or the greater part of Lot 126, shown on plan entitled " Section 1 of the Real Estate and Building Companies land in Dorchester" recorded as Plan No. 87 on the files of Norfolk Registry of Deeds, said parcel being bounded according to said plan as follows:

SOUTHERLY:   On Clay Street, Ninety (90) feet;

WESTERLY:    On Hyde Park Avenue, formerly known as Lawrence Street, One hundred (100) feet;

NORTHERLY:   On Lot 125 on said plan, Ninety (90) feet, and

EASTERLY:    On Lot 124 on said plan, One Hundret (100) feet.

Containing Nine Thousand (9,000) square feet of land by any or all of said measurements on contents more or less or however otherwise said premises may be bounded, measured or described.

Being the same premises conveyed to us by deed of Paul DiSangro and Loretta T. DiSangro, dated April 14, 1993, recorded with Suffolk Deeds, Book 18158, page 318.

Witness our hands and seals this ____ day of October, 2004.

_____
Daniel J. DiSangro

_____
Joanne J. DiSangro

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                          October 22, 2004

    Then personally appeared the above named Daniel J. DiSangro and Joanne J. DiSangro, and acknowledged the forgoing to be their free act and deed, before me

_____
Notary Public
My commission expires:
5/7/2010