UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      1:04-MJ-00508-RBC

PAUL DI SANGRO,

    Defendant.

## ORDER

The sum of $25,000.00 was deposited into the Registry of this Court on October 28, 2004, by Joanne DiSangro, the Surety herein, to secure Defendant, Paul DiSangro's appearance before the Court to answer to charges pending against him in the U.S. District Court in the Southern District of Florida. It is, therefore, now

ORDERED, that the Clerk of the Court is hereby directed to issue a treasury check payable to Clerk, U.S. District Court for the Southern District of Florida in the amount of $25,000.00 representing the transfer of said bail deposit.

NOV - 9 2004

Dated: November    , 2004

                                                  Hon. Robert B. Collings
                                                  United States Magistrate Judge